UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **QUANTRUS TERRELL GREEN** | **CIVIL ACTION NO. 13-0962** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CAMILLA GRANT, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED** as frivolous and for failure to prosecute.

**The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**MONROE, LOUISIANA,** this 23rd day of July, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE